## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIEL FEINBERG, JOHN MCBRIDE, SYLVESTER SCARBOROUGH, DAVID LOW, AND ROBERTA SCHIFF,** individually and on behalf of all others similarly situated,<br>　　　　　　　　　　**Plaintiffs**<br>　　　　　　　　v.<br>**LG ELECTRONICS U.S.A., INC.,**<br>　　　　　　　　　　**Defendant.** | Case No.: 2:17-cv-06931-CCC-SCM<br><br>**JURY TRIAL DEMANDED**<br><br>**CLASS ACTION** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily withdraw from this action and dismiss with prejudice all claims against Defendant LG Electronics USA, Inc.

DATED: July 10, 2018

Respectfully submitted,

By: 　　/s/ Benjamin F. Johns
**CHIMICLES & TIKELLIS LLP**
Benjamin F. Johns
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: BFJ@chimicles.com

Jasper D. Ward IV
Ashton Rose Smith
**JONES WARD PLC**
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
Telephone: (502) 882-6000
Facsimile: (502) 587-2007
Email: jasper@jonesward.com
ashton@jonesward.com

John Yanchunis
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-275-5272
Facsimile: 813-222-4736
Email:
jyanchunis@forthepeople.com

Paul C. Whalen, P.C.
**LAW OFFICE OF PAUL C.**
**WHALEN, P.C.**
768 Plandome Road
Manhasset, NY 11030
Tele: (516) 627-5610
F: (212) 658-9685

Francis J. "Casey" Flynn, Jr.
**THE LAW OFFICES OF**
**FRANCIS J. "CASEY" FLYNN,**
**JR., ESQ.**
6220 W. 3rd Street, #115
Los Angeles, California 90036-3173
Telephone: 323-424-4194
Facsimile: 1-855-710-7706
Email: francisflynn@gmail.com

Bryan Clobes
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
1101 Market St., Suite 2650
Philadelphia, Pennsylvania 19107
Telephone: (215) 864-2800
Facsimile: (215) 864-2810
E-Mail: bclobes@caffertyclobes.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0580
Facsimile: (610)727-4360
E-Mail: jgs@mccunewright.com

-3-

       mds@mccunewright.com
       jbk@mccunewright.com

Daniel O. Herrera
Christopher P.T. Tourek
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
150 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Phone: (312) 782-4880
Facsimile: (312) 782-4485
E-Mail: herrera@caffertyclobes.com
    ctourek@caffertyclobes.com

Thomas B. Malone
**THE MALONE FIRM, LLC**
1650 Arch Street
Suite 2501
Philadelphia, PA, 19103
Phone: (215) 987-5200
Email:tmalone@themalonefirm.com

**ATTORNEYS FOR PLAINTIFFS**

SO ORDERED

  *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 7/11/18